UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| KAMALJIT K. GOSAL, | No. 2:18-cv-00482-MCE-CKD |
|---|---|
| Plaintiff, | |
| v. | ORDER |
| WELLS FARGO HOME MORTGAGE INC., | |
| Defendant. | |

On March 5, 2018, plaintiff Kamaljit Gosal, who proceeds in this action without counsel,[1] filed the complaint, a motion for a temporary restraining order, and paid the $400.00 filing fee. (ECF Nos. 1–3.) The court denied plaintiff's motion for temporary restraining order on March 6, 2018. (ECF No. 8.) The next day, on March 7, 2018, plaintiff filed a motion to withdraw the case and a motion to reimburse the $400.00 filing fee. (ECF Nos. 9, 10).

According to the Federal Rules of Civil Procedure, a plaintiff may voluntarily dismiss a matter "before the opposing party serves either an answer or a motion for summary judgment." Fed. R. Civ. P. 41(a)(1)(A)(i). The court construes plaintiff's motion to withdraw the case as a voluntary dismissal because plaintiff indicates that he wishes to withdraw this case from federal

---

[1] This case proceeds before the undersigned pursuant to E.D. Cal. L.R. 302(c)(21) and 28 U.S.C. § 636(b)(1).

1

court, so that he may refile the matter in state court. (ECF No. 9)

However, there is no mechanism in the federal or local rules to reimburse an individual for the fee paid for filing a complaint. Moreover, while plaintiff claims to have filed the complaint in this court by mistake, this mistake was not discovered until after the court had already expended judicial resources deciding his motion for temporary restraining order. Therefore, the court finds no basis to order a reimbursement of fees.

Accordingly, IT IS HEREBY ORDERED that:

1. Pursuant to plaintiff's voluntary dismissal of this case (ECF No. 9), this case is DISMISSED WITHOUT PREJUDICE.
2. Plaintiff's motion to reimburse (ECF No. 10) is DENIED.
3. The Clerk of Court shall close this case.

Dated: March 15, 2018

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

14/ps.18-482.gosal.order refund request

2